WILLIAM KESSEL, Respondent, *v.* MARY E. BULTER, impleaded, etc., Appellant.

(Submitted May 20, 1873; decided May 27, 1873.)

THIS was an action to recover damages for injuries sustained by plaintiff occasioned by striking against a platform, in the night-time, erected by defendant upon the sidewalk in front of her premises, in the city of Brooklyn. The referee found that the platform "was improperly and negligently constructed, and was a dangerous nuisance." Upon the trial the court excluded evidence offered by defendant, that the street commissioner gave permission for placing the platform in its position, and approved it after its erection. *Held*, no error; that, conceding that the street commissioner could authorize such a structure, no permit or assent of his could absolve defendant from the legal consequences of its improper and negligent construction, and that the testimony was therefore immaterial.

Plaintiff was asked as a witness how much money he made prior to the injury from work at his trade. Defendant's objection thereto was overruled and answer received. *Held*, no error; that the evidence was proper upon the question of damages.

Other questions were decided upon the facts in the case.

*H. C. Place* for the appellant.

*John H. Knaebel* for the respondent.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.